AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

STANLEY KUZMICKI,

    Plaintiff,

V.

DAVID NEIDERT, ESQ., *et al.*,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   **3:17-cv-00341-MMD-WGC**

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in its entirety.
    **IT IS FURTHER ORDERED** that the complaint is  dismissed with prejudice.

  July 26, 2017                                      **DEBRA K. KEMPI**
                                                             Clerk

                                                             /s/  D. R. Morgan
                                                              Deputy Clerk